WESTERN AND ATLANTIC RAILROAD COMPANY *v.* LANDERS.

LUMPKIN, J.    1. There was no error in overruling the special demurrer to the petition as amended.

2. Even if the motion for a nonsuit should have been sustained when made, yet, after all the evidence was introduced, the case was a proper one for submission to the jury, and no reversal will be granted.

3. The evidence was sufficient to support the verdict, and there was no error in overruling the motion for a new trial.
   *Judgment affirmed.    All the Justices concur, except Fish, C. J., absent.*
                         DECEMBER 15, 1914.

Action for damages.    Before Judge Fite.    Whitfield superior court.    January 9, 1914.

*Tye, Peeples & Jordan* and *Maddox, McCamy & Shumate*, for plaintiff in error.

*W. E. Mann, W. C. Martin*, and *G. W. Head*, contra.